| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>COHEN, MARY ANN | 2. Court or Organization<br><br>UNITED STATES TAX COURT | 3. Date of Report<br><br>05/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

400 SECOND STREET, N.W.
SUITE 328
WASHINGTON, D. C. 20217

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director (see section VIII) | The Tannenwald Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHEN, MARY ANN | 05/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHEN, MARY ANN | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Exxon Mobil Common | C | Dividend | M | T | | | | | |
| 2. Fidelity Spartan Muni Bond Fund | D | Dividend | M | T | | | | | |
| 3. Bristol Myers Squibb common | C | Dividend | M | T | | | | | |
| 4. Marriott Intnl. common | A | Dividend | J | T | | | | | |
| 5. Host Hotels & Resorts common | A | Dividend | J | T | | | | | |
| 6. Dominion Resources common stock | C | Dividend | L | T | | | | | |
| 7. Series EE U.S. Gov't Bonds | E | Interest | N | T | | | | | |
| 8. Merck & Co. common stock | B | Dividend | K | T | | | | | |
| 9. T. Rowe Price Va. Tax Free Bond Fund | C | Dividend | M | T | | | | | |
| 10. Alliance Muni Income Natnl. Portfolio | C | Dividend | L | T | | | | | |
| 11. Va. Housing Development Bonds | B | Interest | K | T | Redeemed (part) | 01/03/11 | K | | |
| 12. CocaCola common stock | B | Dividend | L | T | | | | | |
| 13. Emerson Elec. common stock | A | Dividend | K | T | Buy | 07/29/11 | J | | |
| 14. AT&T common stock | C | Dividend | L | T | Buy | 10/25/11 | K | | |
| 15. General Mills Inc. common stock | B | Dividend | L | T | Buy | 04/25/11 | K | | |
| 16. Charles Schwab & Co. money market account | | None | J | T | | | | | |
| 17. Proctor & Gamble common stock | C | Dividend | L | T | Buy | 04/25/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHEN, MARY ANN | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing Co. common | A | Dividend | K | T | | | | | |
| 19. DuPont & Co. common | A | Dividend | K | T | Buy | 10/25/11 | K | | |
| 20. T. Rowe Price Calif. Bond Fund | A | Dividend | J | T | | | | | |
| 21. Agilent Corp. common stock | | None | J | T | | | | | |
| 22. T. Rowe Price Intnl Stock Fund | A | Dividend | J | T | | | | | |
| 23. T. Rowe Price Tax-Efficient Multi-Cap Growth Fund | A | Dividend | J | T | | | | | |
| 24. Richmond, VA, Pub. Util. Bonds | B | Interest | K | T | | | | | |
| 25. Focus Growth Fund | | None | L | T | | | | | |
| 26. Zimmer Holdings common stock | | None | J | T | | | | | |
| 27. Corning, Inc. common stock | A | Dividend | J | T | | | | | |
| 28. General Electric common stock | C | Dividend | L | T | Buy | 04/25/11 | K | | |
| 29. Pall Corporation common | B | Dividend | M | T | | | | | |
| 30. Prince William County VA bonds | B | Interest | K | T | | | | | |
| 31. Nelson County VA bonds | B | Interest | K | T | | | | | |
| 32. Medco Health Services | | None | L | T | | | | | |
| 33. Game Stop Corp. common | | None | K | T | | | | | |
| 34. Chevron Texaco common | C | Dividend | M | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHEN, MARY ANN | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Honeywell common | C | Dividend | M | T | Buy | 04/25/11 | L | | |
| 36. Honeywell common | C | Dividend | M | T | Buy | 10/25/11 | K | | |
| 37. Fairfax, VA, bonds | B | Interest | K | T | | | | | |
| 38. Winchester, VA, bonds | B | Interest | K | T | | | | | |
| 39. Cisco common stock | A | Dividend | K | T | | | | | |
| 40. Walgreen common | A | Dividend | K | T | | | | | |
| 41. JP Morgan Chase common | B | Dividend | L | T | Buy | 04/25/11 | L | | |
| 42. Abbott Labs common | B | Dividend | L | T | Buy | 10/25/11 | K | | |
| 43. Arlington, VA, bonds | A | Interest | K | T | | | | | |
| 44. Morgan Stanley Bank a/c (IRA) | A | Interest | K | T | | | | | |
| 45. Morgan Stanley Trust Bank, now Morgan Stanley Active Assets | A | Interest | M | T | | | | | |
| 46. Johnson & Johnson common | B | Dividend | L | T | | | | | |
| 47. Pfizer common | B | Dividend | J | T | Buy | 04/25/11 | K | | |
| 48. Verigy | | None | | | Sold | 07/08/11 | J | A | |
| 49. Microsoft | B | Dividend | L | T | | | | | |
| 50. Intel | B | Dividend | K | T | | | | | |
| 51. Ford Motor | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHEN, MARY ANN | 05/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. GE Capital C.D. | B | Interest | | | Redeemed | 06/13/11 | M | | |
| 53. CTS Corp. common | A | Dividend | J | T | Buy | 01/13/11 | J | | |
| 54. CTS Corp. common | A | Dividend | J | T | Buy | 12/16/11 | J | | |
| 55. Power-One common (IRA) | | None | J | T | | | | | |
| 56. Verizon common (IRA) | B | Dividend | K | T | | | | | |
| 57. Bank of America checking | A | Interest | J | T | | | | | |
| 58. BMW Bank C.D. | B | Interest | L | T | | | | | |
| 59. CA St. Dept. Water Bonds | B | Interest | L | T | | | | | |
| 60. Chino Hills Water Bonds | B | Interest | K | T | | | | | |
| 61. Coastal Bank C.D. | A | Interest | | | Redeemed | 04/25/11 | K | | |
| 62. Compass Bank C.D. | B | Interest | | | Redeemed | 02/07/11 | M | | |
| 63. Cornerstone C.D. | B | Interest | | | Redeemed | 08/05/11 | M | | |
| 64. Discover Bank C.D. | B | Interest | L | T | | | | | |
| 65. First Comm'l C.D. | A | Interest | | | Redeemed | 04/25/11 | K | | |
| 66. First United C.D. | A | Interest | | | Redeemed | 04/18/11 | K | | |
| 67. Goleta Water Bonds | A | Interest | K | T | | | | | |
| 68. Midfirst Bank C.D. | B | Interest | | | Redeemed | 02/07/11 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. San Diego Conv. Bonds | A | Interest | J | T | | | | | |
| 70. San Diego R/A | A | Interest | K | T | | | | | |
| 71. San Fran ARPTS | A | Interest | | | Redeemed | 05/02/11 | K | | |
| 72. San Fran ARPTS | A | Interest | | | Redeemed | 08/01/11 | K | | |
| 73. San Ramon COP | A | Interest | | | Redeemed | 08/01/11 | K | | |
| 74. Sequoia UHSD | A | Interest | | | Redeemed | 07/01/11 | K | A | |
| 75. The Foster BK CD | A | Interest | | | Redeemed | 04/19/11 | K | | |
| 76. Yorba Linda R/A | A | Interest | | | Redeemed | 08/02/11 | J | | |
| 77. Am Exp Centurian BK cd | A | Interest | M | T | Buy | 10/25/11 | M | | |
| 78. Mineral Rights, (X), Henderson County, TX | A | Rent | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHEN, MARY ANN | 05/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(Re section I) -- I am a director of The Tannenwald Foundation, a non-profit entity organized to recognize excellent writing in the field of taxation. The Foundation was formed in memory of Judge Theodore Tannenwald, Jr., who had served as a judge, and chief judge, of the United States Tax Court. My position does not involve fundraising. I have no control over the assets of the foundation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MARY ANN COHEN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544